MONTEMURO, J., is sitting by designation.

In re OBJECTION TO the NOMINATION PETITION OF Joseph MANCUSO.

**Appeal of Dorothy C. KELLY.**

Supreme Court of Pennsylvania.

Argued April 24, 1995.
Decided April 26, 1995.

Gary N. Altman, for Dorothy C. Kelly.

Richard E. Bower, for Joseph Mancuso.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

The Court being evenly divided, the Order of the Court of Common Pleas of Fayette County is affirmed.

CAPPY and CASTILLE, JJ., and MONTEMURO, Senior Justice, who is sitting by designation, dissent and would reverse the Order of the Court of Common Pleas of Fayette County.

**Mary T. ECKERT, Appellee,**

v.

**Victor C. QUERRY and the Pennsylvania Department of Transportation.**

**Appeal of the PENNSYLVANIA DE-PARTMENT OF TRANSPORTA-TION.**

Supreme Court of Pennsylvania.

Submitted Jan. 26, 1995.
Decided May 15, 1995.

Ernest D. Preate, Jr., Atty.Gen., Brian H. Baxter, Deputy Atty.Gen., for appellant.

Richard N. Serbin, for Mary T. Eckert.

Edward T.J. Graboski, Robert J. Pfaff, Pfaff, McIntyre, Dugas & Hartye, for Victor C. Querry.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.